No. 26-1825

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Nov 20, 2026
KELLY L. STEPHENS, Clerk

DARYNEL GERARDO MEDINA LOPEZ,

Petitioner - Appellee,

v.

MATTHEW PUTRA, in his official capacity as field Office Director, Detroit Field Office, Immigration and Customs Enforcement, et al.,

Respondents - Appellants.

O R D E R

The respondents appeal the district court's judgment granting the petitioner's petition for relief in habeas corpus under 28 U.S.C. § 2241. The respondents move for a 60-day extension of time to file their brief because the Solicitor General's decision regarding whether to pursue the appeal remains outstanding.

Upon review, briefing in this matter is sua sponte held in abeyance pending a final decision by the Solicitor General. The respondents shall file a status report every 30 days and within 14 days of the Solicitor General's decision.

The motion for a briefing extension is DENIED AS MOOT.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk